UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TRACEY LYNN ORCUTT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-CV-00290-KLS<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that this case is reversed and remanded to the Commissioner of Social Security (Commissioner) for further administrative proceedings. Under sentence four of 42 U.S.C. Section 405(g), this Court has the power "to enter upon the pleadings and transcript of the record a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g) [sentence 4].

On remand, the agency will remand the case to an administrative law judge (ALJ) for update, further development, further consideration and a new decision.

Page 1    ORDER - [2:15-CV-00290-KLS]

On remand, an ALJ will offer Plaintiff a de novo hearing and will consider or reconsider the evidence in the updated record as a whole, including evidence provided by treating and examining acceptable and other medical sources. In particular, at steps two and three of the sequential evaluation process, the ALJ will consider Plaintiff's recurrent urinary tract infections, irritable bowel syndrome, carpal tunnel syndrome, and the various cervical, thoracic, and lumbar spine diagnoses. The ALJ will consider calling upon a medical expert to assist with interpretation of Plaintiff's diagnosed impairments singly and in combination. The ALJ will reconsider Plaintiff's credibility, reassess Plaintiff's residual functional capacity, obtain supplemental vocational expert testimony; and issue a new decision.

Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

DATED this 14th day of August, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov